DocuSign Envelope ID: 7A203186-A78E-4BEE-803C-4E17A5281766

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

James Dondero, et al.
Plaintiff

v.

Highland Capital Management, LP
Defendant

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Petitioners James Dondero, Highland Capital Management Fund Advisors, L.P., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Highland Capital Management, LP

| | |
|---|---|
| Date: | April 5, 2023 |
| Signature: | *DocuSigned by:* [signature] 7407E706912C434... |
| Print Name: | Michael J. Lang |
| Bar Number: | 24036944 |
| Address: | 1700 Pacific Ave., Suite 2390 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | 214-817-4500 |
| Fax: | |
| E-Mail: | mlang@cwl.law |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.