No. 3:23-cv-00726-S

**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

*In re James D. Dondero et al.*,
*Petitioners*.

On Petition For Writ Of Mandamus To The
United States District Court For The Northern District Of Texas

(Bankruptcy Case No. 19-34054-sgj11)

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that the *Petition for Writ of Mandamus* [Dkt. #1] filed by Petitioners James Dondero, Highland Capital Management Fund Advisors, L.P., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC (collectively, "Petitioners") was served on Interested Party/Respondent Highland Capital Management, L.P. ("Respondent") and the United States Bankruptcy Court - Northern District of Texas, Presiding Judge Stacey G. C. Jernigan as follows:

*Via e-mail on April 14, 2023 and CMRRR on May 12, 2023:*

**Counsel for Respondent**

Jeffrey N. Pomerantz (jpomerantz@pszjlaw.com)
Ira D. Kharasch (ikharasch@pszjlaw.com)
John A. Morris (jmorris@pszjlaw.com)
Gregory V. Demo (gdemo@pszjlaw.com)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

1

-and-

Melissa S. Hayward (MHayward@HaywardFirm.com)
Zachery Z. Annable (ZAnnable@HaywardFirm.com)
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231

*<u>Via CMRRR on May 12, 2023</u>*

**The United States Bankruptcy Court - Northern District of Texas**

Attn: The Honorable Stacey G. C. Jernigan
Earle Cabell Federal Building
1100 Commerce St., Rm. 1254
Dallas, Texas 75242-1496

Dated: May 15, 2023

Respectfully submitted,

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Michael J. Lang*
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 15, 2023, a true and correct copy of this *Certificate of Service* was filed via the Court's e-filing system and served on counsel for Respondent via e-mail.

*/s/ Michael J. Lang*
Michael J. Lang