# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JAMES DONDERO, HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS LP, THE DUGABOY INVESTMENT TRUST, and NEXPOINT REAL ESTATE PARTNERS LLC<br><br>v.<br><br>STACEY G. JERNIGAN and HIGHLAND CAPITAL MANAGEMENT LP | § § § § § § § § § § § | CIVIL ACTION NO. 3:23-CV-0726-S |

## ORDER

This Order addresses the Stipulation to Supplement Record [ECF No. 6], which the Court construes as a joint motion to supplement the record ("Joint Motion"), referencing specific documents therein collectively as "Materials." The Court **GRANTS** the Joint Motion. Accordingly, Petitioners and Respondent Highland Capital Management LP may file the referenced Materials by **December 29, 2023**. The Court **ORDERS** Respondent Highland Capital Management LP to respond to the Petition for Writ of Mandamus [ECF No. 1] no later than **January 8, 2024**.

**SO ORDERED.**

SIGNED December 15, 2023.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**