| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | HAYWARD PLLC |
| Jeffrey N. Pomerantz (CA Bar No.143717) | Melissa S. Hayward (Texas Bar No. 24044908) |
| John A. Morris (NY Bar No. 2405397) | MHayward@HaywardFirm.com |
| Gregory V. Demo (NY Bar No. 5371992) | Zachery Z. Annable (Texas Bar No. 24053075) |
| Hayley R. Winograd (NY Bar No. 5612569) | ZAnnable@HaywardFirm.com |
| 10100 Santa Monica Blvd., 13th Floor | 10501 N. Central Expy, Ste. 106 |
| Los Angeles, CA 90067 | Dallas, Texas 75231 |
| Tel: (310) 277-6910 | Tel: (972) 755-7100 |

*Counsel for Respondent Highland Capital Management, L.P.*

CRAWFORD, WISHNEW & LANG PLLC
Michael J. Lang (Texas Bar No. 24036944)
mlang@cwl.law
1700 Pacific Ave., Suite 2390
Dallas, Texas 75201
Tel: (214) 917-4500

*Counsel for Petitioners*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>JAMES D. DONDERO, *et al.*<br><br>Petitioners. | Case No. 3:23-cv-00726-S |

**JOINT SUPPLEMENTAL APPENDIX**

Petitioners James Dondero, Highland Capital Management Fund Advisors, L.P., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC f/k/a HCRE Partners, LLC (collectively, "**Petitioners**") and Respondent Highland Capital Management, L.P., ("**Highland**"), the reorganized debtor in the chapter 11 case, Case No. 19-34054-sgj11 (the "**Bankruptcy Case**") pending before the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**"), hereby file this *Joint Supplemental Appendix* (the

"Supplemental Appendix"), pursuant to the Court's Order entered December 15, 2023 [Docket No. 7].

The Supplemental Appendix contains the following Materials:[1]

| No. | Description | Appx. No. |
|---|---|---|
| 1 | First Recusal Motion [Bankr. Docket No. 2060] | 3589-3592 |
| 2 | First Recusal Order [Bankr. Docket No. 2083] | 3593-3603 |
| 3 | Highland's *Motion for Leave to Intervene in Appeal of Recusal Order* [Case No. 3:21-cv-00879-K, Docket No. 2] | 3604-3614 |
| 4 | *Appellants' Response to Debtor's Motion for Leave to Intervene* [Case No. 3:21-cv-00879-K, Docket No. 5] | 3615-3629 |
| 5 | *Debtor's Reply in Further Support of Motion for Leave to Intervene* [Case No. 3:21-cv-00879-K, Docket No. 6] | 3630-3639 |
| 6 | *Reply Declaration in Support of Motion for Leave to Intervene* [Case No. 3:21-cv-00879-K, Docket No. 7] | 3640-3728 |
| 7 | *Order* granting Motion for Leave to Intervene [Case No. 3:21-cv-00879-K, Docket No. 10] | 3729-3731 |
| 8 | Appellant's *Brief* [Case No. 3:21-cv-00879-K, Docket No. 16] | 3732-3764 |
| 9 | Appellant's *Appendix* [Case No. 3:21-cv-00879-K, Docket No. 17] | 3765-3870 |
| 10 | *Answering Brief* [Case No. 3:21-cv-00879-K, Docket No. 20] | 3871-3930 |
| 11 | *Appendix* [Case No. 3:21-cv-00879-K, Docket No. 21] | 3931-5733 |
| 12 | *Reply Brief* [Case No. 3:21-cv-00879-K, Docket No. 23] | 5734-5750 |
| 13 | *Memorandum Opinion and Order* requiring additional briefing on appellate jurisdiction [Case No. 3:21-cv-00879-K, Docket No. 28] | 5751-5754 |
| 14 | *Appellants' Response to the Court's December 10, 2021 Memorandum Opinion and Order* [Case No. 3:21-cv-00879-K, Docket No. 29] | 5755-5764 |
| 15 | *Debtor's Response to Appellants' Brief Regarding the Court's December 10, 2021 Memorandum Opinion and Order* [Case No. 3:21-cv-00879-K, Docket No. 31] | 5765-5776 |
| 16 | First Appeal Dismissal Order [Case No. 3:21-cv-00879-K, Docket No. 39; Bankr. Doc. No. 3264] | 5777-5790 |
| 17 | First Appeal, Order re: Petition for Writ of Mandamus [Case No. 3:21-cv-00879-K, Docket No. 42] | 5791-5792 |
| 18 | Second Recusal Motion [Case No. 19-34054-sgj11, Bankr. Docket No. 3405] | 5793-6157 |
| 19 | Second Recusal Motion [Case No. 19-34054-sgj11, Bankr. Docket No. 3406] | 6158-6522 |
| 20 | Second Recusal Motion [Case No. 19-34054-sgj11, Bankr. Docket No. 3470] | 6523-6684 |

---

[1] Capitalized terms not defined herein shall take on the meaning ascribed thereto in the *Stipulation to Supplement Record* [Docket No. 6].

| No. | Description | Appx. No. |
|---|---|---|
| 21 | Briefing re Second Recusal Motion [Case No. 19-34054-sgj11, Bankr. Docket No. 3445] | 6685-14588 |
| 22 | Briefing re Second Recusal Motion [Case No. 19-34054-sgj11, Bankr. Docket No. 3446] | 14589-14603 |
| 23 | Briefing re Second Recusal Motion, [Case No. 19-34054-sgj11, Bankr. Docket No. 3463] | 14604-14608 |
| 24 | Briefing and Stipulation on Motion to Strike [Case No. 19-34054-sgj11, Bankr. Docket No. 3446] | 14609-14623 |
| 25 | Briefing and Stipulation on Motion to Strike [Case No. 19-34054-sgj11, Bankr. Docket No. 3447] | 14624-14632 |
| 26 | Briefing and Stipulation on Motion to Strike [Case No. 19-34054-sgj11, Bankr. Docket No. 3449] | 14634-14647 |
| 27 | Briefing and Stipulation on Motion to Strike [Case No. 19-34054-sgj11, Bankr. Docket No. 3471] | 14648-14655 |
| 28 | Second Recusal Denial [Case No. 19-34054-sgj11, Bankr. Docket No. 3479] | 14656-14658 |
| 29 | Transcript of Hearing on Second Recusal Motion [Case No. 19-34054-sgj11, Bankr. Docket No. 3480] | 14659-14685 |
| 30 | Highland's *Appendix in Support of Highland's Objection to Amended Renewed Motion to Recuse* [Case No. 19-34054-sgj11, Bankr. Docket No. 3596] | 14686-18720 |

Respectfully submitted,

Dated:  December 29, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

**CRAWFORD, WISHNEW & LANG PLLC**
*/s/ Michael J. Lang*

Michael J. Lang
Texas Bar No. 24036944 mlang@cwl.law
1700 Pacific Ave., Suite 2390
Dallas, Texas 75201
Tel: (214) 917-4500

*Counsel for Petitioners*

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*

Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*