Case No. 3:23-cv-00726-S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*In re James D. Dondero et al.,*
*Petitioners*

## RESPONDENT HIGHLAND CAPITAL MANAGEMENT, L.P.'S
## CERTIFICATE OF INTERESTED PERSONS

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

Highland Capital Management, L.P. (the "Respondent" or "Reorganized Debtor"), respondent in the above-referenced matter, hereby submits the following *Certificate of Interested Persons* (the "CIP") pursuant to the *Local Civil Rules* of the Court:

1. Respondent Highland Capital Management, L.P., the Reorganized Debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11 (the "Bankruptcy Case"), pending in the United States Bankruptcy Court of the Northern District of Texas.  Respondent Highland Capital Management, L.P. is a limited partnership, the general partner of which is HCMLP GP LLC, a privately held limited liability company.  No publicly held corporation owns 10% or more of the interests in either entity.

2. Petitioners James Dondero, Highland Capital Management Fund Advisors, L.P., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC), and their legal counsel, Crawford Wishnew & Lang, PLLC.

Respondent reserves the right to amend or supplement this CIP as and if necessary or appropriate.

[*Remainder of Page Intentionally Blank*]

Dated: January 8, 2024  **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
  jmorris@pszjlaw.com
  gdemo@pszjlaw.com
  hwinograd@pszjlaw.com

-and-
**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
  ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 8, 2024, the foregoing document was served electronically via the Court's CM/ECF system on those parties registered to receive such service.

                                          */s/ Zachery Z. Annable*
                                          Zachery Z. Annable