# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>JAMES D. DONDERO, et al.,<br><br>        Petitioners, | )<br>)<br>)<br>)<br>) Case No: 3:23-cv-00726-S<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

    I, Patrick Leathem, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the bankruptcy case of *Highland Capital Management, L.P.,* Case No. 19-34054-sgj11 (Bankr. N.D. Tex).

    On January 8, 2024, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Respondent Highland Capital Management, L.P.'s Certificate of Interested Persons** [Docket No. 16]

- **Highland Capital Management, L.P.'s Response to Petition for Writ of Mandamus** [Docket No. 17]

Dated: January 18, 2023

                                                                     /s/ Patrick Leathem
                                                                      Patrick Leathem
                                                                       KCC
                                                                       222 N Pacific Coast Highway, Suite 300
                                                                       El Segundo, CA 90245

# Exhibit A

Exhibit A
Civil Actions Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John T. Wilson, IV, William R. Howell, Jr., D Michael Lynn | john.wilson@bondsellis.com; william.howell@bondsellis.com |
| Counsel for James Dondero | Cecere PC | J Carl Cecere | ccecere@cecerepc.com |
| Counsel to James Dondero, Highland Capital Management Fund Advisors LP, NexPoint Advisors LP, The Dugaboy Investment Trust, The Get Good Trust and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC ) | Crawford Wishnew & Lang | Michael J Lang | mlang@cwl.law |
| Counsel for James Dondero | David Kane PC | David L Kane | david@davidkanepc.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., James D. Dondero, NexPoint Advisors, L.P., Strand Advisors, Inc., The Dugaboy Investment Trust and The Get Good Trust, HMIT and Rand | DLA PIPER LLP | Amy L. Ruhland, Jason M Hopkins | amy.ruhland@dlapiper.com; jason.hopkins@dlapiper.com |
| Counsel for the Dugaboy Investment Trust, Get Good Trust, The Get Good Non-Exempt Trust 1, and The Get Good Non-Exempt Trust 2 | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, NexPoint Capital Inc., and Highland Global Allocation Fund | K&L Gates LLP | A. Lee Hogewood, III | Lee.hogewood@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | David R. Fine | david.fine@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Emily K. Mather | emily.mather@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, NexPoint Capital Inc., and Highland Global Allocation Fund | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel for James Dondero | Law Office of Michael Eidelman | Michael Eidelman | meidelman@vedderprice.com |
| Counsel for James Dondero | Levinger PC | Jeffrey S. Levinger, J. Carl Cecere | jlevinger@levingerpc.com; ccecere@cecerepc.com |
| Counsel for Highland Capital Management Fund Advisors, L.P. | Munsch Hardt Kopf & Harr PC | Thomas Daniel Berghman | tberghman@munsch.com |

Exhibit A
Civil Actions Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund,  NexPoint Capital Inc. and James Dondero | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Esq., Julian P. Vasek, Esq. | drukavina@munsch.com; jvasek@munsch.com |
| Counsel for James Dondero, Nancy Dondero, Highland Capital Management Services, Inc. and HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC) | Stinson LLP | Deborah Deitsch-Perez, Michael P. Aigen | deborah.deitschperez@stinson.com; michael.aigen@stinson.com |
| Counsel for James Dondero | Vedder Price Kaufman & Kammholz | Douglas Joseph Lipke | dlipke@vedderprice.com |
| Counsel for James Dondero | Vedder Price PC | Thomas P Cimino , Jr, William W Thorsness, Douglas Joseph Lipke, Michael Eidelman, David L Kane | tcimino@vedderprice.com; wthorsness@vedderprice.com; meidelman@vedderprice.com; dlipke@vedderprice.com; dkane@vedderprice.com |