# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 16, 2025
Lyle W. Cayce
Clerk

No. 24-10287

James Dondero; Highland Capital Management Fund Advisors, L.P.; The Dugaboy Investment Trust; NexPoint Real Estate Partners, L.L.C., Get Good Trust,

*Plaintiffs—Appellants*,

*versus*

Stacey G. Jernigan; Highland Capital Management, L.P.,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-726

_____

Before Wiener, Willett, and Duncan, *Circuit Judges*.

JUDGMENT ON PETITION FOR REHEARING

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 24-10287

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on** Apr 17, 2025

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 17, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 24-10287   Dondero v. Jernigan
                          USDC No. 3:23-CV-726

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa B. Courseault, Deputy Clerk
                              504-310-7701

cc:
    Mr. Zachery Z. Annable
    Mr. John D. Ashcroft
    Mr. Michael Burrage
    Mr. Gregory Vincent Demo
    Mr. Kent Ronald Hance
    Ms. Melissa Sue Hayward
    Mr. Jordan A. Kroop
    Mr. Michael Justin Lang I
    Mr. Jonathan F. Mitchell
    Mr. John A. Morris
    Mr. Jeffrey N. Pomerantz
    Mr. Johnny Sutton
    Ms. Hayley R. Winograd